UNITED STATES of America, Plaintiff–Appellee,

v.

Roman MORALES–BAIGEN, a.k.a. Roman Morales–Baygen, a.k.a. Daniel Morales, Defendant–Appellant.

No. 11–13114.

United States Court of Appeals, Eleventh Circuit.

June 4, 2012.

Sandra J. Stewart, George L. Beck, Jr., U.S. Attorney, Monica Anne Stump, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Christine A. Freeman, Carl Jackson Spence, Federal Defender Program, Inc., Montgomery, AL, for Defendant–Appellant.

Before DUBINA, Chief Judge, EDMONDSON, Circuit Judge, and RESTANI,* Judge.

PER CURIAM:

Roman Morales–Baigen appeals, following his conviction on one count of re-entering the United States without permission as a previously deported alien felon. By the time of his sentencing, Morales–Baigen had been deported seven times from the United States. He was sentenced to 36

---

* Honorable Jane A. Restani, United States Court of International Trade Judge, sitting by designation.

* Honorable Jane A. Restani, United States Court of International Trade Judge, sitting by designation.

months' imprisonment; he challenges his sentence as unreasonable.

We conclude that the objection made at sentencing is sufficient to challenge properly only the length of the sentence, that is, its substantive reasonableness. But we conclude that the sentence was neither substantively or procedurally unreasonable. We do not understand the sentencing judge to have found that Defendant had no employment other than the drug trade. And we note that the sentence was well below the statutory maximum.

AFFIRMED.